
```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11065
   WALTER R CUTHBERTSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9189
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/06/06 and confirmed on 02/02/07.

    2.  The case was dismissed after confirmation, 08/24/2007.

    3.  The Debtor paid a total of $  13290.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | 965.00 | .00 | 965.00 |
| UNITED GUARANTY RESID IN | SECURED | .00 | .00 | .00 |
| UNITED GUARANTY RESID IN | MORTGAGE ARRE | 1569.72 | .00 | 102.48 |
| HSBC BANK | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | 663.48 | .00 | 663.48 |
| HSBC BANK | SECURED | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | 279.51 | .00 | 279.51 |
| USAA FEDERAL SAVINGS BAN | SECURED VEHIC | 2924.90 | .00 | 2924.90 |
| USAA FEDERAL SAVINGS BAN | SECURED VEHIC | 37380.02 | 945.61 | 6523.07 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2697.40 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| PIONEER MILITARY LENDING | UNSECURED | 2708.90 | .00 | .00 |
| US NAVY PAY ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | 4985.04 | .00 | .00 |
| CHASE BANK | SECURED | 500.00 | 8.05 | 61.37 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE BANK | UNSECURED | 1723.41 | .00 | .00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | 24583.73 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 504.25 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2717.01 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 443.00 | .00 | .00 |

              Summary of disbursements:
---

```
                 SECURED      PRIORITY    UNSECURED         OTHER           TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    44282.63      2717.01     37645.73           .00       84645.37
PRINCIPAL PAID        11519.81          .00          .00           .00       11519.81
INTEREST PAID           953.66          .00          .00           .00         953.66
TOTAL PAID            12473.47          .00          .00           .00       12473.47
```

The Debtor's attorney, DEAN D PAOLUCCI                , was allowed $   2000.00 and was paid $    1800.00   direct and $     200.00   through the plan.

The Trustee received $     616.53 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                          /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE